FILED
2017 Mar-27 PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

## CONSENT TO BECOME PARTY PLAINTIFF

Comes now Kayla Poole, pursuant to 29 U.S.C. §216(b) and files this consent to become a party plaintiff in the action against La Cima Restaurants, LLC d/b/a Twin Peaks.

I hereby specifically authorize the named plaintiff, along with counsel of record for the named plaintiff, as my agent to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/or settle any and all compensation claims(s) I have against La Cima Restaurants, LLC ("Twin Peaks"), defendant in this lawsuit.

Kayla Poole
Name (PRINT NAME)

*[signature]*
Name (SIGN NAME)

March 23, 2017
Date

Social Security Number: _____

Address:

_____

_____

_____

Telephone Number: _____