FILED
2017 Apr-13  PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KAYLA POOLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:17-cv-00469-SGC |
| LA CIMA RESTAURANTS, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiffs have filed a notice of dismissal; the opposing party has not yet appeared.  (Doc. 6).  Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 13th day of April, 2017.

_____
STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE